IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION | : | Case No. 2:23-cv-02831-WB |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| KURT J. CROSBY | : | |
| | : | |
| Defendant. | : | |

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLANTIFF'S COMPLAINT**

Plaintiff, PNC Bank, National Association and Defendant, Kurt J. Crosby hereby stipulate and agree that Defendant Crosby shall have until September 20, 2023 to answer, plead, or otherwise respond to Plaintiff's Complaint, effective upon approval by this Court. This is the first stipulation extending time to respond to Plaintiff's Complaint.

Respectfully submitted,

WELSH & RECKER, LLP

*/s/ Samuel Silver*
Samuel Silver (PA Bar No. 56596)
306 Walnut Street
Philadelphia, PA 19106
Telephone: (215) 972-6430
Facsimile: (215) 617-1021
ssilver@welshrecker.com

*Attorney for Defendant Kurt J. Crosby*

BLANK ROME LLP

*/s/ John E. Lucian*
John E. Lucian (PA Bar No. 92317)
Gregory F. Vizza (PA Bar No. 207095)
B. Nelson Sproat (PA Bar No. 327226)
One Logan Square, 130 N 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
john.lucian@blankrome.com
gregory.vizza@blankrome.com
nelson.sproat@blankrome.com

*Attorneys for Plaintiff, PNC Bank, National Association*

Dated: September 6, 2023

**APPROVED BY THE COURT:**

Dated: _____

_____
The Honorable Wendy Beetlestone, U.S.D.J.