UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION | § § § | |
| Plaintiff, | § | Civil No. 23-cv-02831-WB |
| V. | § § § | |
| KURT J. CROSBY | § § | |
| Defendant. | § § | |

### ORDER

AND NOW, this  2nd  day of Nov 2023, IT IS ORDERED that Defendant's Consent Motion to Stay is GRANTED as provided herein.

1. This civil action shall be stayed until the earliest to occur of: (a) December 31, 2023, (b) the occurrence of an event of default other than the defaults specified in the Forbearance Agreement, and (c) Borrowers' failure to comply with the terms of the Forbearance Agreement (the "Stay Period").

2. During the Stay Period, all of the deadlines contained in the Scheduling Order dated September 26, 2023 (Dkt. No. 18), shall be tolled.

3. If the Stay Period terminates prior to December 31, 2023, under the terms of the Forbearance Agreement, Plaintiff shall file a termination notice on the docket of this civil action ("Stay Termination Notice").

4. Upon the filing a Stay Termination Notice, the stay of this action shall automatically terminate and the deadlines in the Scheduling Order shall be reinstated and automatically resume.

5. Within fourteen (14) days after termination of the Stay Period, the parties shall submit to Chambers a joint proposed amended scheduling order with revised deadlines accounting for the tolled deadlines during the Stay Period.

BY THE COURT:

/s/ Wendy Beetlestone, J.
_____
WENDY BEETLESTONE, J.

131832.01482/133560679v.2