# BLANKROME

One Logan Square
130 North 18th Street | Philadelphia, PA 19103-6998

Phone:      (215) 569-5442
Email:      john.lucian@blankrome.com

July 30, 2025

**BY ECF**

Hon. Wendy Beetlestone
U.S. District Court for the Eastern District of Pennsylvania
600 Market Street
Philadelphia, PA 19101

      Re:    PNC Bank, National Association v. Kurt J. Crosby, Civ. No. 23-02831

Your Honor:

      Pursuant to I.C of Your Honor's Preliminary General Matters, we submit the attached Amended Scheduling Order. Despite the parties' efforts over the past 12+ months, including having entered into multiple Forbearance Agreements during that time, no resolution has been achieved. Accordingly, pursuant to Section 6 of the most recent Forbearance Agreement dated May 13, 2025, which states "at the expiration or termination of Eleventh Forbearance Period pursuant to the terms of this Agreement PNC is authorized to submit the form of agreed scheduling order attached to the Twelfth Forbearance as <u>Annex A</u> to the Court for approval", this proposed order is submitted for the Court's approval and entry at its earliest convenience.

      Very truly yours,

      */s/ John Lucian*

Attachment

cc:    F. Evans Schmidt, Esquire (Koch & Schmidt, LLC)
      Sam Silver, Esquire (Welsh & Recker PC)
      Richard Walk, Esquire (Welsh & Recker PC)
      Regina Stango Kelbon, Esquire (Blank Rome LLP)
      Gregory F. Vizza, Esquire (Blank Rome LLP)