IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 23-cv-02831-WB |
| KURT J. CROSBY, | ) ) ) |
| Defendant. | ) |

**STIPULATION FOR ENTRY OF JUDGMENT**

WHEREAS, Plaintiff PNC Bank, National Association ("PNC") has brought an action in this Court against Defendant Kurt J. Crosby ("Defendant"; together with PNC, the "Parties") alleging a breach of a Guaranty and Suretyship Agreement ("Guaranty") executed by Defendant in favor of PNC.

WHEREAS, the Court has jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a)(1).

WHEREAS, (a) PNC (i) on behalf of itself as lender under that certain Loan and Security Agreement dated June 28, 2018 (as amended, modified, and supplemented, the "Loan Agreement"), pursuant to which PNC made loans to certain borrowers in the principal amount of $9,400,000 (the "VF Loan"), and (ii) as Agent for the benefit of itself and the other lenders under to that certain Credit Agreement dated November 21, 2018 (as amended, modified, and supplemented, the "Credit Agreement"), pursuant to which PNC and the other lenders made loans to certain borrowers in the principal amount of $38,000,000 (the "EF Loans"), (b) Defendant, and (c) the entities that are borrowers and guarantors of the VF Loan and EF Loans under the Loan Agreement and Credit Agreement, respectively, have entered into a certain Fourteenth Forbearance Agreement dated as of February 6, 2026 ("Fourteenth Forbearance"), pursuant to

1

which PNC and the lenders under the Loan Agreement and Credit Agreement have agreed to make certain accommodations and forbear from exercising rights and remedies against the borrowers and other guarantors, subject to the terms thereof.

WHEREAS, in connection with the Fourteenth Forbearance, the Parties have agreed to a resolution of their disputes and Defendant has agreed and consented to entry by the Court of judgment in favor of PNC and waiver all defenses to the claims asserted by PNC in the Complaint.

NOW THEREFORE, the Parties stipulate and agree that the judgment attached hereto as **EXHIBIT A** shall be entered by the Court in favor Plaintiff and against Defendant in the amounts described therein.

Respectfully and jointly submitted,

| | |
|---|---|
| **BLANK ROME LLP** | **KOCH & SCHMIDT, LLC** |
| *(signature)* | *(signature)* |
| John E. Lucian (PA Bar No. 92317) | F. Evans Schmidt (LSBA No. 21863) |
| Gregory F. Vizza (PA Bar No. 207095) | 650 Poydras Street, Suite 2660 |
| One Logan Square, 130 N. 18th Street | New Orleans, Louisiana 70130 |
| Philadelphia, Pennsylvania 19103 | Telephone: (504) 208-9040 |
| Telephone: (215) 569-5500 | Facsimile: (504) 208-9041 |
| Facsimile: (215) 569-5555 | E-mail: feschmidt@kochschmidt.com |
| E-mail: john.lucian@BlankRome.com | |
| gregory.vizza@BlankRome.com | |
| *Attorneys for Plaintiff PNC Bank, National Association* | *Attorneys for Defendant Kurt J. Crosby* |

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.     ) | Civil Action No. 23-cv-02831-WB |
| ) | |
| KURT J. CROSBY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Upon consideration of the Stipulation for Entry of Judgment by Consent, and for good cause appearing, JUDGMENT IS HEREBY ENTERED AGAINST DEFENDANT AND IN FAVOR OF PLAINTIFF in the following amounts due and owing under the Loan Agreement[1] and Credit Agreement, respectively, as of February 6, 2026:

| **Loan Agreement** | | **Credit Agreement** | |
|---|---|---|---|
| Principal: | $5,863,946.09 | Principal: | $11,824,760.77 |
| Interest: | $ 2,548,891.15 | Interest: | $ 3,360,150.36 |
| Fees: | $ 267,022.49 | Fees: | $ 682,997.51 |
| Total: | $8,679,859.73 | Total: | $15,867,843.64 |

plus (a) attorneys' fees incurred through January 31, 2026, in the amount of $554,631.70, and all other amounts owed under the Loan Agreement, Credit Agreement, and the other documents executed in connection therewith, respectively, (b) interest that continues to accrue on (i) the VF Loan in the amount of $4,072.18 per day after February 6, 2026, and (ii) the EF Loan in the amount

---

[1] Capitalized terms shall have the meanings ascribed to them in the Stipulation for Entry of Judgment by Consent.

of $5,066.02 per day after February 6, 2026, (c) all attorneys' fees, costs, and expenses incurred by the PNC and the other lenders after February 6, 2026, in connection with the enforcement of their rights and remedies, and/or the collection of the amounts and obligations owed to PNC and the other lenders under the documents, agreements and instruments that evidence VF Loan and the EF Loans, including without limitation, the Credit Agreement and the Loan Agreement, the amount of such attorneys' fees, costs and expenses will be established by this Court pursuant to motions that may hereafter be filed by PNC in connection therewith.

Dated: February 9, 2026    **BY THE COURT:**

S/ WENDY BEETLESTONE

**WENDY BEETLESTONE, C.J.**